## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALYSSA DOWLING**                                                              **PLAINTIFF**

**v.**                                    **Case No. 4:26-cv-00506-KGB**

**ERIC KOMITEE**                                                                **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Serena Ruiz's complaint is dismissed without prejudice.  The relief sought is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

It is so adjudged this 12th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge